NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY RISO and WINTTER &
ASSOCIATES, P.A.,

   Appellants,

v.             Case No. 2D16-4483

KENNETH RISO, individually, and as
co-personal representative of the Estate
of Beatrice Riso, deceased, ROCCO
RISO, individually, and as co-personal
representative of the Estate of Beatrice
Riso, deceased, RONALD RISO, and
CAROLYN CAMPBELL,
   Appellees.

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Collier
County; Hugh D. Hayes, Judge.

Christopher Q. Wintter and Christin
Coleman Gallardo, of Wintter &
Associates, P.A., Fort Lauderdale, for
Appellants.

Robert J. Hauser of Pankauski
Hauser PLLC, West Palm Beach, for
Appellees.

PER CURIAM.

   Affirmed.

LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.